IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-983-AP

RICK W. VAUGHN,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Chris R. Noel, Esq.
3000 Pearl St., Ste 105
PO Box 19066
Boulder, CO 80308-2066
(303) 449-6503
(720) 214-1836 (fax)
E-mail: chrisnoel@noelaw.com

For Defendant:
Thomas H. Kraus
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
(303) 844-0770 (fax)
E-mail: tom.kraus@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

- A. Date Complaint Was Filed:  5/28/05
- B. Date Complaint Was Served on U.S. Attorney's Office:  6/3/05
- C. Date Answer and Administrative Record Were Filed:  8/2/05

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**A.** **Plaintiff states: the adequacy of the Administrative Record cannot be determined until after Plaintiff's opening brief is finally drafted.**

**B.** **Defendant states: There are no issues with the accuracy or completeness of the Administrative Record.  Defendant believes the record is complete.**

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**A.** **Plaintiff:  None is anticipated unless the Administrative Record is deficient.**

**B.** **Defendant does not plan to submit additional evidence.**

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

A.  **Plaintiff states:  This case does not involve unusually complicated or out-of-the-ordinary claims.**

B.  **Defendant states:  This case does not raise unusual claims or defenses.**

7. **OTHER MATTERS**

A.  **Plaintiff states: the Administrative Record cannot be thoroughly and completely reviewed for adequacy until after Plaintiff's opening brief is finally drafted.**

B.  **Defendant:  Defendant has no other matters at this time.**

8. **PROPOSED BRIEFING SCHEDULE**

   A.  **Plaintiff's Opening Brief Due:  9/15/05**

   B.  **Defendant's Response Brief Due:  10/18/05**

   C.  **Plaintiff's Reply Brief (If Any) Due:  11/2/05**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A.  **Plaintiff's Statement:  Oral Argument is only requested to clarify any issues left outstanding after briefing is completed, if briefing is required.**

   B.  **Defendant's Statement:  Oral Argument is not requested.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 8th day of  August , 2005.

                                   BY THE COURT:

                                   <u>S/**John L. Kane**</u>
                                   SENIOR JUDGE, U.S. DISTRICT COURT

APPROVED:

<u>  /s/ Chris R. Noel                       </u>
CHRIS R. NOEL
3000 Pearl Street, Suite 105
PO Box 19066
Boulder, CO 80308-2066
telephone:  (303) 449-6503

fax: 720 214 1836
e mail: chrisnoel@noelaw.com
Attorney for Plaintiff Rick W. Vaughn

UNITED STATES ATTORNEY

s/ Thomas H. Kraus
By: Thomas H. Kraus
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0017
E-mail: tom.kraus@ssa.gov

Attorney for Defendant(s)