IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00983-WDM

RICK W. VAUGHN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER OF REMAND

Miller, J.

    This matter is before me on the Unopposed Motion to Remand, filed by defendant Jo Anne B. Barnhart, Commissioner of Social Security (the Commissioner), pursuant to 42 U.S.C. § 405(g).  The Commissioner states that the Appeals Council has further reviewed plaintiff Rick Vaughn's case and determined that a remand for further proceedings is appropriate.  Specifically, the Commissioner informs me that, if remanded, the case will be sent "to an administrative law judge with instructions to reevaluate Plaintiff's claims in light of the evidence submitted with Plaintiff's Complaint, Exhibits 1-3," and recently obtained evidence submitted to the court.  Vaughn does not oppose the motion.

    Upon consideration of the motion, I concur with the Commissioner's request.

    Accordingly, it is ordered:

1.    The motion to remand, filed May 16, 2006, is granted.

2. This case shall be remanded to the Social Security Administration's Appeals Council for further remand to an administrative law judge for reevaluation of Mr. Vaughn's claims as set forth in the motion.

DATED at Denver, Colorado, on June 23, 2006.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge