IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00983-WDM

RICK W. VAUGHN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**ORDER ON STIPULATION REGARDING
ATTORNEY FEE AWARD**

Miller, J.

    This matter is before me on the Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, filed September 5, 2006. The motion reflects that the parties agree that counsel for plaintiff should be awarded attorney fees in the amount of $5,500 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) for her work on this appeal, which concluded with a stipulated remand to the Commissioner of Social Security. I have reviewed the current motion and concur with the relief requested.

    Accordingly, it is ordered:

1. The motion for order approving stipulation of attorney fee award, filed September 5, 2006 (Docket No. 23), is granted.

2. Counsel for Plaintiff is awarded $5,500 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

3. Payment shall be made directly to Chris Noel, designated as "Pay to the Order of Chris R. Noel, Attorney at Law."

DATED at Denver, Colorado, on September 5, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL       2